IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | No. 3:14-CR-236-D (09) |
| | § | |
| IRINEO RAMOS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF TRANSFER TO THE FIFTH CIRCUIT

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Defendant Irineo Ramos's *pro se* request to take judicial notice of adjudicative facts, citing Federal Rule of Evidence 201, in which he challenges the court's subject matter jurisdiction in this case [Dkt. No. 395] is, in substance, an unauthorized successive motion under 28 U.S.C. § 2255. Construing it as such, the notice is therefore TRANSFERRED to the United States Court of Appeals for the Fifth Circuit for appropriate action.

The court further DIRECTS the clerk of the court to open for statistical purposes a new Section 2255 case (nature of suit 510 directly assigned, per Special Order 3-250, to United States District Judge Sidney A. Fitzwater and United States Magistrate

Judge Irma Carrillo Ramirez) and to close the same on the basis of this order.

**SO ORDERED**.

December 1, 2020.

                                              SIDNEY A. FITZWATER
                                              SENIOR JUDGE